UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN, ) | 04 11808 NMG |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| LIFE INSURANCE COMPANY ) | FILING FEE PAID: |
| OF NORTH AMERICA, ) | RECEIPT # _____ |
| ) | AMOUNT $ _____ |
| Defendant. ) | BY DPTY CLK _____ |
| | DATE _____ |

**MOTION TO ADMIT ATTORNEY MARK E. PORADA *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3**

(1)  Defendant seeks to have Attorney Mark E. Porada appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)  I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant in this case. I am a partner in the law firm of Pierce Atwood.

(3)  I am actively associated with Attorney Mark E. Porada, who is an associate at Pierce Atwood.

(4)  Accompanying this Motion is a Certificate by Mark E. Porada certifying that he meets the requirements specified in Local Rule 83.5.3.

(5)  No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Mark E. Porada be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

{W0266461.1}

DATED: 8/18/04

                                                                              _____
                                                                              John J. Aramando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*

{W0265971.1}