UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>Defendant. | )<br>)   04 11808 NMG<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' CORPORATE
### DISCLOSURE STATEMENT

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded and has issued shares to the public.

DATED: 8/18/04

John J. Aromando
Bar Reg. No. 545648

Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*

{W0265965.2}