UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11808 NMG

| | |
|---|---|
| KENNETH BOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendant:

        Mark E. Porada
        Pierce Atwood
        One Monument Square
        Portland, ME 04101
        (207) 791-1100

DATED: 8/18/04

_____
Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*

{W0265971.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff, via regular mail, postage prepaid, addressed as follows:

> John S. Wessler, Esq.
> 375 Common Street
> Lawrence, MA  01840

DATED: 8/18/04

_____
John J. Aromando

{W0265965.1}