UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN,               )<br>                              )<br>        Plaintiff,             )<br>                              )<br>v.                            )<br>                              )<br>LIFE INSURANCE COMPANY        )<br>OF NORTH AMERICA,             )<br>                              )<br>        Defendant.            )<br>                              ) | Civil Action No. 04-11808-NMG |

**APPEARANCE OF COUNSEL**

NOW COMES David B. Crevier and hereby enters his appearance on behalf of Defendant Life Insurance Company of North America in the above-entitled matter.

                          Life Insurance Company of North America

                          By its Attorney,

                          /s/ David B. Crevier
                          _____
                          David B. Crevier, BBO # 557242
                          Crevier & Ryan LLP
                          1500 Main Street, Suite 2020
                          Springfield, MA 01115-5532
                          (413) 787-2400
                          Fax: (413) 781-8235
                          Email: Dcrevier@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 27 day of August, 2004.

/s/ David B. Crevier
_____