UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 04-11808-NMG |

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned counsel for Defendant states as follows:

1. The undersigned previously entered an appearance on behalf of Defendant.

2. New counsel, David Crevier, Esq., has now entered an appearance on behalf of Defendant in this matter.

3. Therefore, the undersigned counsel hereby withdraws his appearance as counsel for Defendant.

Accordingly, the undersigned counsel withdraws his appearance on behalf of Defendant in this matter.

DATED: August 30, 2004

/s/ Mark E. Porada
Mark E. Porada

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

{W0269665.1}

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2004, I electronically filed a copy of the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to John S. Wessler, Esq., and David B. Crevier, Esq.

                                                     s/Mark E. Porada
                                                     Mark E. Porada

{W0269665.1}