UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH BOWMAN,                  )
                                 )
            Plaintiff,            )
                                 )
v.                               )          Civil Action No. 04-11808-NMG
                                 )
LIFE INSURANCE COMPANY           )
OF NORTH AMERICA,                )
                                 )
            Defendant.            )
                                 )

## DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S LR. 7.3 CORPORATE DISCLOSURE

Defendant Life Insurance Company of North America, ("LINA") pursuant to

Rule 7.3 of the Local Rules of the United States District Court for the District of

Massachusetts, hereby makes the following disclosures: 1) that the parent corporation of

LINA is Connecticut General Life Insurance Company; and 2) that no publicly held

corporation owns 10%, or more, of LINA's stock.

Respectfully Submitted,
Life Insurance Company of North America,
By its Attorneys:

CREVIER & RYAN, LLP.

David Crevier, BBO # 5557242
Theodore F. Glockner, BBO # 629469
1500 Main Street, Suite 2200
Springfield, MA 01115-5532
Tel. (413) 787-2400
Fax: (413) 781-8235
Email: Dcrevier@crevierandryan.com
        Tglockner@crevierandryan.com

F:\Files\CIGNA\Bowman\corp. disclosure.doc

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid this 20 day of October, 2004.

_____
David B. Crevier