UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN,              )<br>                                                  )<br>          Plaintiff,                      )<br>                                                  )<br>v.                                               )<br>                                                  )<br>LIFE INSURANCE COMPANY  )<br>OF NORTH AMERICA,          )<br>                                                  )<br>          Defendant.                   )<br>                                                  ) | Civil Action No. 04-11808-NMG |

### LIFE INSURANCE COMPANY OF NORTH AMERICA'S FIRST AMENDED LR. 7.3 CORPORATE DISCLOSURE

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded and has issued shares to the public.

Respectfully Submitted,
Life Insurance Company of North America,
By its Attorneys:

CREVIER & RYAN, LLP.

David Crevier, BBO # 5557242
Theodore F. Glockner, BBO # 629469
1500 Main Street, Suite 2200
Springfield, MA 01115-5532
Tel. (413) 787-2400
Fax: (413) 781-8235
Email: Dcrevier@crevierandryan.com
          Tglockner@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this ___ day of October, 2004.

_____
David B. Crevier