UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH BOWMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11808-NMG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of the above-captioned matter, with prejudice, each party to bear its own costs and fees and all rights to appeal waived.

Respectfully Submitted, Defendant
Life Insurance Company of North America
By, Its Attorney:

_/s/ David B. Crevier_
David B. Crevier, Esq.
BBO No. 557242
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2200
Springfield, MA 01115-5532
(413) 787-2400

Plaintiff, Kenneth Bowman
By, His Attorney:

_/s/ John Wessler_
John Wessler, Esq.
BBO. No. 523140
375 Common Street
Lawrence, MA 01840
Tel. No. (978) 689-3806